IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 18-253 |
| ANMOL SINGH KAMRA | : | |

**O R D E R**

**AND NOW**, this 9th day of March 2021, upon consideration of Defendant's Motion for New Trial (ECF No. 122), the Government's Response thereto (ECF No. 125), and all documents submitted in support thereof, and in opposition thereto, and consistent with the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:


*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**