# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | No. 2:18-CR-253-RBS |
| ANMOL SINGH KAMRA, ) | |
| Defendant. ) | |

## ORDER GRANTING RELEASE PENDING APPEAL

AND NOW, this ____ day of April, 2021, upon consideration of the defendant, Anmol S. Kamra's motion for release pending appeal and the government's response thereto, and the Court's being fully advised, IT IS ORDERED, pursuant to 18 U.S.C. §§ 3143(b) and 3145(c), substantially for the reasons articulated in the defendant's motion, that pending appeal to the U.S. Court of Appeals for the Third Circuit of defendant Kamra's conviction and sentence, and until further order of the Court, the motion is GRANTED. Defendant Kamra is hereby RELEASED on the same conditions as presently apply, except that:

This Court's prior order setting a date for voluntary surrender is accordingly VACATED.

BY THE COURT:

_____
ROBERT B. SURRICK, U.S.D.J.