# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )    | |
| v.              )  | No. 2:18-CR-253-RBS |
| ANMOL SINGH KAMRA,        )  | |
| Defendant.          )  | |

## ORDER EXTENDING DATE FOR VOLUNTARY SURRENDER

AND NOW, this ____ day of April, 2021, upon consideration of the defendant, Anmol S. Kamra's alternative motion for extension of surrender date and the government's response thereto, and the Court's being fully advised, IT IS ORDERED, pursuant to 18 U.S.C. § 3143(a)(2), substantially for the reasons articulated in the defendant's motion, that the motion is GRANTED. The date previously set for the defendant's surrender for service of sentence is CANCELED. The execution of the defendant's sentence of incarceration is hereby STAYED until _____, 2021, at which time the defendant shall surrender for service of sentence at the time and place to be specified by the U.S. Marshal.  Defendant Kamra release is continued until that date on the same conditions as presently apply, except that the previously-imposed condition of home confinement is deleted.

BY THE COURT:

_____
ROBERT B. SURRICK, U.S.D.J.