IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 18-253 |
| ANMOL SINGH KAMRA | : | |

# **O R D E R**

**AND NOW**, this 21st day of May 2021, upon consideration of Defendant's Motion for Bail Pending Appeal or for Extension of Surrender Date (ECF No. 145), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion is **DENIED**.

2. The execution of Defendant's sentence is hereby stayed until June 15, 2021.

**IT IS SO ORDERED**.

                                            **BY THE COURT:**

                                            */s/ R. Barclay Surrick*
                                            **R. BARCLAY SURRICK, J.**